```
___ FILED     ___ LODGED
          ___ RECEIVED

    Apr 9 2024

   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY
```

Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHARLES CARROLL HARTZELL,<br><br>Defendant. | NO. 3:24-mj-05112<br><br>COMPLAINT for VIOLATION<br><br>Title 18, United States Code, Section 1073 |

BEFORE, Theresa L. Fricke, United States Magistrate Judge, U.S. Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

**COUNT ONE**
**(Flight to Avoid Prosecution)**

From on or about an unknown date until the Present, in Clallam County, within the Western District of Washington, CHARLES CARROLL HARTZELL did knowingly move and travel in interstate and foreign commerce from Port Angeles, Washington, to Mexico, with the intent to avoid prosecution for the felony crimes of Dealing in Depictions of Minors Engaged in Sexually Explicit Conduct in the First Degree, Dealing in Depictions of Minors Engaged in Sexually Explicit Conduct in the Second Degree, and Disclosing Intimate Images under the laws of the State of Washington.

COMPLAINT/HARTZELL - 1
USAO# 2024R00445

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

All in violation of Title 18, United States Code, Section 1073.

The undersigned complainant being duly sworn further states:

1. I, Terrance G. Postma, am a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the Seattle Division's Tacoma Resident Agency. I have been employed as a Special Agent of the FBI since June 2002 and am currently assigned to the Seattle Division's Poulsbo Resident Agency. I am currently assigned to investigate violent crimes and violent criminal acts. Part of my assigned case load involves the investigation of cases involving flight to avoid prosecution.

2. The statements contained in this affidavit are based upon my investigation and information provided to me by other law enforcement officers. I have not included each and every fact known to me or other investigative personnel concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that CHARLES CARROLL HARTZELL has traveled in interstate or foreign commerce with the intent to avoid prosecution in violation of Title 18, United States Code, Section 1073.

3. On October 21, 2021, HARTZELL was charged in Clallam County Superior Court under cause number 21-1-00300-5. HARTZELL was charged with Dealing in Depictions of Minors Engaged in Sexually Explicit Conduct in the First Degree, Dealing in Depictions of Minors Engaged in Sexually Explicit Conduct in the Second Degree, and Disclosing Intimate Images. Based on the investigation to date, there is evidence that HARTZELL knowingly fled the state of Washington to avoid being prosecuted in Clallam County Superior Court for the above listed crimes all in violation of Title 18, United States Code, Section 1073.

## SUMMARY OF PROBABLE CAUSE

4. On March 5, 2021, the Clallam County Sheriff's Office was dispatched to assist the Lower Elwha Police with a sex offense report in Port Angeles, Clallam County, Washington. Lower Elwha Police officers on scene determined that the victim (MS) and

COMPLAINT/HARTZELL - 2
USAO# 2024R00445

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

suspect (HARTZELL) were not Elwha Tribal members and requested that the Clallam County Sheriff's Office respond to investigate.

5. Clallam County Sheriff deputies learned that MS's husband received a video from HARTZELL through Facebook. That video depicted sexual conduct between MS and HARTZELL. At the time the video was taken, MS was a minor.

6. MS recognized herself in the video but did not know she was being recorded at the time the events occurred. MS did not give HARTZELL permission to disseminate any explicit photographs or videos of her.

7. MS explained that when she met HARTZELL in 2016, she was a minor and she believed HARTZELL was an adult. MS thought HARTZELL was in his 30s when they met.

8. HARTZELL provided MS with alcohol and drugs, but eventually began a sexual relationship with her. HARTZELL had intercourse and oral sex with MS when she was a minor. The sexual contacts occurred over the course of three weeks.

9. At some point HARTZELL went to prison, but continued to attempt to contact MS. Even after HARTZELL's release from prison, HARTZELL continued to try to contact MS through friends or on Facebook. To stop HARTZELL's harassment, MS blocked him on social media, but he continued to find different ways to contact her.

10. MS told law enforcement that HARTZELL had taken photos of her engaged in sexually explicit acts. On one occasion HARTZELL got MS drunk at a hotel and asked MS to take nude photos with him, which she did. HARTZELL also took a video of MS without her knowledge at the home of a friend of HARTZELL.

11. MS never gave HARTZELL permission to send the explicit photos to anyone and expected the photos to remain private.

### Clallam County Charges and Court Case

12. On October 21, 2021, HARTZELL was charged in Clallam County Superior Court under cause number 21-1-00300-5. HARTZELL was charged with

COMPLAINT/HARTZELL - 3
USAO# 2024R00445

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Dealing in Depictions of Minors Engaged in Sexually Explicit Conduct in the First Degree, Dealing in Depictions of Minors Engaged in Sexually Explicit Conduct in the Second Degree, and Disclosing Intimate Images.

13. According to the Clallam County case docket, HARTZELL appeared in court on January 18, 2022. HARTZELL was released after posting bond. On March 31, 2022, a bench warrant for HARTZELL's arrest was issued. The warrant was quashed on May 6, 2022, when HARTZELL appeared and obtained an attorney. On April 17, 2023, a bench warrant was issued. On April 24, 2023, the warrant was returned.

14. On May 19, 2023, HARTZELL failed to appear in court on the charges. A bench warrant was issued. On June 9, 2023, a nationwide warrant was issued for HARTZELL's arrest extraditable from any state in which he might be arrested.

15. Based on the docket, HARTZELL knew of the charges he was facing in Clallam County. He appeared before the court on several instances and the case has not yet been resolved. HARTZELL has not appeared in court on the case since April 24, 2023, almost a year ago.

16. In February 2024, law enforcement was contacted by a citizen who indicated they were received harassing messages from HARTZELL. That citizen provided the phone number HARTZELL was using to send the harassing messages. Through investigation, law enforcement found that the number was connected to a mobile payment app that appeared to be connected to HARTZELL.

17. On March 26, 2024, law enforcement applied for and was granted an order authorizing installation and/or use of a pen register, trap and trace and cell site simulator and directing a service provider to disclose real-time device location information and directing service provider disclosure of non-content stored and transactional records in the Superior Court of Washington for Pierce County for the cellular number believed to be used by HARTZELL.

COMPLAINT/HARTZELL - 4
USAO# 2024R00445

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

18. Review of records obtained pursuant to this order revealed that the device was located in Mexico. As of April 8, 2024, the phone believed to be used by HARTZELL remains in Mexico.

19. Based on the above, there is probable cause to believe that CHARLES CARROLL HARTZELL traveled interstate and did so with the intent to avoid prosecution for Clallam County Case 21-1-00300-5 in which he was charged with: Dealing in Depictions of Minors Engaged in Sexually Explicit Conduct in the First Degree, Dealing in Depictions of Minors Engaged in Sexually Explicit Conduct in the Second Degree, and Disclosing Intimate Images. HARTZELL knowingly fled the state of Washington to avoid being prosecuted in Clallam County Superior Court for the above listed crimes all in violation of Title 18, United States Code, Section 1073.

TERRANCE G. POSTMA
Complainant
Federal Bureau of Investigation

Based on the Complaint and Affidavit sworn to before me by phone and subscribed by phone, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 9th day of April, 2024.

THERESA L. FRICKE
United States Magistrate Judge

COMPLAINT/HARTZELL - 5
USAO# 2024R00445

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800